UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>RONALD JAMES DAVENPORT,<br><br>　　　　　　Defendant. | No. CV-10-00027-JLQ<br><br>TEMPORARY RESTRAINING ORDER and ORDER TO SHOW CAUSE |

　　　This matter came regularly on for hearing on the United States's Ex Parte Motion For Temporary Restraining Order including the request of the United States that this Temporary Restraining Order be issued without prior notice to the Defendant. The court has considered and accepted the submittals by the United States of the history of the Defendant having filed frivolous action and liens against officers of the United States, including federal judicial officers, and the risk that the Defendant may continue in such actions, if not restrained immediately. The court has determined that the submittals of the Government establish that the Defendant has retaliated and attempted to retaliate against federal officials involved in the collection of taxes allegedly owing by the Defendant. Based thereon, the court has determined that it is appropriate to issue this Temporary Restraining Order without notice to the Defendant, subject to the Defendant's right to request an early hearing as to why this Temporary Restraining Order should not continue in effect and subject further to the Defendant's right to show cause why the Restraining Order should not be made permanent pending conclusion of this action.

　　　**IT IS HEREBY ORDERED**, **ADJUDGED, AND DECREED as follows:**

ORDER - 1

1. The Defendant, Ronald James Davenport, and any person or parties acting on his behalf, be and he is hereby immediately and forthwith enjoined and restrained from filing or recording an notice of lien or other document purporting to lien or encumber in any property or right of any officer, employee, agent, judicial officer, or any member of the federal judicial branch of the United States of America, individually, or in their official capacities.

2. The Defendant, Ronald James Davenport, as well as any person or parties acting on his behalf, be and they are immediately and forthwith restrained and enjoined from filing or disclosing to others any document, of any kind or nature containing any personal identification (including social security number, date of birth, or home address) of any officer, employee, agent, judicial officer, of the United States of America or any agencies thereof.

3. The Defendant, Ronald James Davenport, is advised that he may file any appropriate legal pleading in this action asking the court to immediately terminate this Temporary Restraining Order. However, unless terminated by the court, this Restraining Order shall remain in effect for a period of fourteen (14) days from its date of issuance and for any further period of time ordered by the court.

4. A telephonic hearing will be held by the court on Friday, the 12th day of February, 2010 at 2 p..m. P.S.T. at which time the court will determine whether the Temporary Restraining Order entered herein should be made permanent pending the completion of this action or until the further Order of the Court. Mr. Davenport may file appropriate legal pleadings, not to exceed ten pages, as to why the restraining order should not continue. Mr. Davenport may participate in the telephonic hearing by calling 509-372-1234 at the above indicated time and date.

5. The Defendant, Ronald James Davenport, is cautioned and advised that any willful violation of this Temporary Restraining Order may result in the imposition of any appropriate civil or criminal sanction as well as constituting contempt of court.

ORDER - 2

1       6. This Temporary Restraining Order was entered by the court on Monday, February 1, 2010 at 2:26 p.m. P.S.T..

     The Clerk shall enter this Order and furnish copies to counsel who shall forthwith effect service thereon on Mr. Davenport.

     Dated this 1st day of February, 2010.

                          s/ Justin L. Quackenbush
                       JUSTIN L. QUACKENBUSH
          SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 3