UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RONALD JAMES DAVENPORT,<br><br>    Defendant. | NO. CV-10-027-JLQ<br><br>**ORDER CONTINUING TEMPORARY RESTRAINING ORDER** |

A telephonic conference and hearing on extension of the Temporary Restraining Order entered on February 1, 2010 was held on February 12, 2010. Also heard was the Government's Motion For Preliminary Injunction. The United States was represented by Adam D. Strait. The Defendant Ronald James Davenport appeared *pro se.*

**IT IS HEREBY ORDERED:**

Pursuant to Fed. R. Civ. P. 65(b)(2), the court finds good cause to extend the previously entered February 1, 2010 Temporary Restraining Order (Ct. Rec. 9). Unless terminated by the court, the Temporary Restraining Order previously entered and all of its terms shall remain in effect for an additional period of fourteen (14) days from today and for any further period of time if subsequently ordered by the court. The court also granted the Government's Motion For Preliminary Injunction and that Injunction shall be entered by the court within the ensuing fourteen (14) day period.

The Clerk is hereby directed to enter this Order and furnish copies to counsel and Mr. Davenport.

**DATED** this 12th day of February, 2009 at 1550 hours.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1