UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,            )
                                      )
                Plaintiff,            )   No.  CV-10-027-JLQ
                                      )
        vs.                           )   PRELIMINARY INJUNCTION
                                      )
RONALD JAMES DAVENPORT,               )
                                      )
                Defendant.            )
_____)

      This matter came regularly on for telephonic hearing on Friday, the 12th day of February, 2010, on the Government's Motion For Preliminary Injunction (C.R. 11) . The Government appeared by Adam D. Strait, Trial Attorney, United States Department of Justice. Ronald James Davenport, the above-named Defendant, appeared *pro se.* Both Mr. Strait and Mr. Davenport stated that they were relying on their pleadings previously filed and waived further argument.

      Being fully advised in the premises, the court finds that the allegations of the Plaintiff's Motion For Preliminary Injunction have been clearly established as have the facts stated in the Affidavits (C.R. 13 through 18). The court finds that the Defendant Ronald James Davenport has filed invalid liens against federal officers and judicial officers for the sole purpose of retribution against those officers and judges involved in the investigation, initiation of, and presiding over actions brought by or defended by the United States of America and Mr. Davenport. The Plaintiff is entitled to the relief sought in its Motion For Preliminary Injunction.

      Being fully advised in the premises IT IS HEREBY ORDERED that the Motion For Preliminary Injunction (C.R. 11) be and it is hereby GRANTED. IT IS FURTHER

ORDER - 1

ORDERED as follows:

1. The Defendant, Ronald James Davenport, and any person or parties acting on his behalf, be and he is hereby immediately and forthwith enjoined and restrained from filing or recording any notice of lien or other document purporting to lien or encumber any property or right of any officer, employee, agent of the United States of America, including, but not limited to any judicial officer or any member of the federal judicial branch of the United States of America, individually, or in their official capacities, continuing until the further Order of this court.

2. The Defendant, Ronald James Davenport, as well an any person or parties acting on his behalf, be and they are immediately and forthwith restrained and enjoined from filing or disclosing to others any document, of any kind or nature, containing any personal identification (including social security number, date of birth, or home address) of any officer, employee, agent, or judicial officer of the United States of America or any agencies thereof. continuing until the further Order of this court.

3. The Defendant, Ronald James Davenport, is cautioned and advised that any wilful violation of this Preliminary Injunction may result in the imposition of appropriate civil or criminal sanctions as well as constituting contempt of court.

The Clerk shall enter this Order and furnish copies to counsel and to Mr. Davenport.

Dated this 13th day of February, 2010.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2